NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**MCKESSON AUTOMATION, INC.,**
*Plaintiff-Appellant,*

v.

**TRANSLOGIC CORPORATION and
SWISSLOG ITALIA S.P.A.,**
*Defendant-Appellee.*

———————————

2012-1199

———————————

Appeal from the United States District Court for the District of Delaware in Case No. 06-CV-0028, Judge Sue L. Robinson.

———————————

**JUDGMENT**

———————————

DARYL L. JOSEFFER, King & Spalding, LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was ADAM M. CONRAD.

ALFRED R. FABRICANT, Winston & Strawn, LLP, of New York, New York, argued for defendants-appellees. With him on the brief were LAWRENCE C. DRUCKER, BRYAN N. DEMATTEO and PETER LAMBRIANAKOS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| December 21, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |